IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | * | |
| STATE OF GEORGIA ex rel. | * | |
| | * | |
| RICHARD BARKER | * | |
| | * | |
| Plaintiffs, | * | CIVIL ACTION FILE NUMBER |
| | * | |
| vs. | * | 4-12-cv-108 (CDL) |
| | * | |
| COLUMBUS REGIONAL HEALTHCARE | * | |
| SYSTEM, THE MEDICAL CENTER, | * | |
| JOHN B. AMOS CANCER CENTER, | * | |
| REGIONAL ONCOLOGY, LLC., | * | |
| THOMAS J. TIDWELL, and | * | |
| COLUMBUS RADIATION ONCOLOGY | * | |
| TREATMENT CENTER | * | |
| | * | |
| Defendants. | * | |

CONSENT MOTION TO EXTEND TIME FOR ANSWER

Come now Thomas J. Tidwell, defendant in the above-named and stated cause and the Plaintiffs, by and through their counsel of record and jointly move the Court as follows:

The Defendants (other than Thomas J. Tidwell) have agreed to waive service of process and, as such, have 60 days from May 30, 2013 to file Responsive Pleadings to the Amended Complaint. Dr. Tidwell and the Defendants jointly move this Court to permit Thomas J. Tidwell 60 days from May 30, 2013 to file his Responsive Pleadings to the Amended Complaint. The parties jointly move this Court for the extension due to Local Rule 6.1 as the requested extension exceeds 30 days.

Counsel for the remaining Defendants has indicated that he does not oppose this extension.

This 26th day of June, 2013.

                PAGE, SCRANTOM, SPROUSE,
                TUCKER & FORD, P.C.
                Attorneys for Thomas J. Tidwell

                By:    s/Travis C. Hargrove
                           Travis C. Hargrove
                           Georgia Bar No. 141374

1111 Bay Avenue, Third Floor
P. O. Box 1199
Columbus, Georgia 31902
(706) 324-0251
tch@psstf.com

CONSENTED AND AGREED TO BY:

By: /s/ Jamie M. Bennett
Jamie M. Bennett, Esq.
Admitted *Pro Hac Vice*
**ASHCRAFT & GEREL, LLP**
4301 Garden City Drive
Suite 301
Landover, MD 20785
Telephone: (301) 459-8400
Fax: (301) 459-1364
jbennett@ashcraftlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Defendant Thomas J. Tidwell and that a true and exact copy of the foregoing Consent Motion to Extend Time to Answer was filed electronically and a copy will be emailed to:

Jamie M. Bennett, Esq.
ASHCRAFT & GEREL, LLP
4301 Garden City Drive
Suite 301
Landover, MD 20785
jbennett@ashcraftlaw.com

Andrea Solomon Hirsch
HERMAN GEREL, LLP
230 Peachtree Street, NW
Suite 2260
Atlanta, GA 30303
Ahirsch@hermanmathis.com

Richard L. Shackelford
Michael Paulhus
King & Spalding, LLP
1180 Peachtree St. NE
Atlanta, GA 30309-3521
rshackelford@kslaw.com
mpaulhus@kslaw.com

This 26th day of June, 2013.

/sTravis C. Hargrove
Of Counsel for Thomas J. Tidwell