UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
(COLUMBUS DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STATE OF GEORGIA *ex rel.* : | |
| RICHARD BARKER, : | |
| Plaintiffs, : | Civil Action No. 4-12-cv-108(CDL) |
| v. : | |
| COLUMBUS REGIONAL HEALTHCARE SYSTEM, THE MEDICAL CENTER, JOHN B. AMOS CANCER CENTER, REGIONAL ONCOLOGY, LLC., THOMAS J. TIDWELL, and COLUMBUS RADIATION ONCOLOGY TREATMENT CENTER, : | |
| Defendants. : | |

**PLAINTIFF/RELATOR'S RENEWED MOTION TO COMPEL PRODUCTION OF ATTORNEY CLIENT PRIVILEGED DOCUMENTS AND TESTIMONY FROM DEFENDANT CRHS**

Plaintiff /Relator Richard Barker hereby respectfully requests that the Court order Defendant CRHS to produce attorney client privileged documents and testimony supporting its defense of good faith compliance with the Anti-kickback and Stark Safe Harbors in accordance with the Eleventh Circuit's holding in *Cox v. Administrator U.S. Steel & Carnegie Pension Fund*, 17 F.3d 1386, 1419 (11th Cir. 1994). A Memorandum of Law in support of this Motion is filed herewith.

Respectfully submitted, this 30th day of June, 2014.

By: /s/ Jamie M. Bennett
Jamie M. Bennett, Esq.
Nathan M. Peak, Esq.
ASHCRAFT & GEREL, LLP
4301 Garden City Drive
Suite 301
Landover, MD 20785
Telephone: (301) 459-8400
Fax: (301) 459-1364
jbennett@ashcraftlaw.com
npeak@ashcraftlaw.com


Andrea Solomon Hirsch
Georgia Bar No.
HERMAN GEREL, LLP
230 Peachtree Street, NW
Suite 2260
Atlanta, GA 30303
Telephone: (404) 880-9500
Fax: (404) 880-9605
Ahirsch@hermanmathis.com

*Attorneys for Relator Richard Barker*

## CERTIFICATE OF COUNSEL REGARDING DISCOVERY DISPUTE

Pursuant to Local Rule 37, the undersigned hereby certifies that she has, in good faith, conferred with counsel for Defendant CRHS in an effort to secure the information and material described herein without court action.

This 30th day of June , 2014.

/s/ Jamie M. Bennett

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

/s/ Jamie M. Bennett