UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | : | |
| STATE OF GEORGIA *ex rel.* | : | |
| | : | |
| RICHARD BARKER, | : | |
| | : | Civil Action No. |
| Plaintiffs, | : | 4-12-cv-108(CDL) |
| | : | |
| v. | : | |
| | : | |
| THOMAS J. TIDWELL, M.D. | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

COME NOW Relator, Richard Barker ("Barker") and Thomas J. Tidwell, M.D. ("Tidwell"), and pursuant to Fed.R. Civ. P. 41 (a)(1)(A)(ii), hereby stipulate to the dismissal of all claims against defendant Tidwell. Such dismissal shall be with prejudice as to Relator Barker, and without prejudice as to the United States and the State of Georgia, with each party to bear his or its own costs, including attorneys' fees. Pursuant to 31 U.S.C. § 3730 (b) and O.C.G.A. § 49-4-168.2 (b), such dismissal shall not become effective until the United States and the State of Georgia, respectively, file their consents thereto.

This 6th day of July, 2015.

> */s/ Jamie M. Bennett*
> **Jamie M. Bennett, Esq.**
> **Bennett Law Firm**
> **8 Creek Side Court**
> **Middle River, Md. 21229**
> **443-844-4629**
> **jbennettlawfirm@gmail.com**
> **Counsel for Relator**

*/s/ John D. Dalbey*
**John D. Dalbey**
**Georgia Bar No. 003150**
**Chilivis, Cochran, Larkins & Bever LLP**
**3127 Maple Drive**
**Atlanta, Georgia  30305**
**(404) 233-4171**
**(404) 261-2842 (Fax)**
**jdd@cclblaw.com**

**Thomas C. Hargrove**
**Georgia Bar No. 141374**
**Page, Scrantom, Sprouse, Tucker & Ford, P.C.**
**1111 Bay Avenue, Third Floor**
**P.O. Box 1199**
**Columbus, Georgia 31902**
**(706) 324-0251**
**tch@psst.com**

**Counsel for Thomas J. Tidwell, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2015, I electronically filed the foregoing **Stipulation of Dismissal** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys on record:

Jamie M. Bennett, Esq.
Bennett Law Firm
8 Creek Side Court
Middle River, Md. 21229

Charles W. Byrd
U.S. Attorney's Office
P.O. Box 2568
Columbus, GA  31902

Michael E. Paulhus, Esq.
L. Joseph Loveland, Esq.
Jessica J.M. Hagen, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30303

Jeffrey A. Brown, Esq.
Clayton M. Adams, Esq.
Brown & Adams, LLC
P.O. Box 139
Columbus, GA 31902-0139

                                                        */s/ John D. Dalbey*
                                                       John D. Dalbey
                                                       Georgia Bar No. 003150
                                                       Counsel for Thomas J. Tidwell, M.D.

CHILIVIS, COCHRAN, LARKINS & BEVER LLP
3127 Maple Drive
Atlanta, Georgia  30305
(404) 233-4171
(404) 261-2842 (Fax)
*jddalbey@cclblaw.com*