UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) <br> STATE OF GEORGIA, *ex rel.* ) <br> ) <br> RICHARD BARKER, ) <br> ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COLUMBUS REGIONAL HEALTHCARE ) <br> SYSTEM, et al., ) <br> ) <br>       Defendants. ) <br> _____) | Case No. 4-12-CV-108 <br> (CDL) |

**CONSENT OF THE UNITED STATES OF AMERICA AND THE
STATE OF GEORGIA TO THE DISMISSAL OF CLAIMS
<u>AGAINST THOMAS J. TIDWELL, M.D.</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b), and the Georgia False Medicaid Claims Act, O.C.G.A. § 49-4-168.2(b), the United States and the State of Georgia (collectively, "the Government") hereby consent to the dismissal without prejudice as to the Government of all claims against defendant Thomas J. Tidwell, M.D. in the above-captioned matter.

                                              Respectfully submitted,

                                              **MICHAEL J. MOORE**
                                              UNITED STATES ATTORNEY
                                              MIDDLE DISTRICT OF GEORGIA

BY:   *s/ Charles W. Byrd*
         CHARLES W. BYRD
         Georgia Bar No. 100850
         Assistant United States Attorney
         United States Attorney's Office
         P.O. Box 2568
         Columbus, GA 31902
         Telephone: (706) 649-7700

        BRITTANY F. REESE
        Georgia Bar No. 147337
        Assistant United States Attorney
        United States Attorney's Office
        P.O. Box 1702
        Macon, GA 31202
        Telephone: (478) 621-2729

        DANIEL R. ANDERSON
        TRACY L. HILMER
        BRIAN J. McCABE
        LAURIE A. OBEREMBT
        Attorneys, Civil Division, Fraud Section
        U.S. Department of Justice
        601 D Street, NW
        Washington, D.C.  20004
        Telephone:  (202) 616-4875

        ATTORNEYS FOR THE
        UNITED STATES OF AMERICA


        SAMUEL S. OLENS       551540
        Georgia Attorney General

BY:   */s/ Kevin D. Bradberry*
        KEVIN D. BRADBERRY   532880
        Assistant Attorney General
        Georgia Medicaid Fraud Control Unit
        200 Piedmont Ave., S.E.
        West Tower, 19th Floor
        Atlanta, GA 30334
        kbradberry@law.ga.gov
        Telephone: 404-656-7307
        Facsimile: 404-657-7443

        *Counsel for the State of Georgia*


Dated: September 4, 2015