UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* )<br>STATE OF GEORGIA, *ex rel.* )<br>                                                                             )<br>**RICHARD BARKER,** )<br>                                                                     )<br>     **Plaintiffs,** )<br>                                                                     )<br>                                                                   )<br>v. )<br>                                                                   )<br>**COLUMBUS REGIONAL HEALTHCARE** )<br>**SYSTEM, et al.,** )<br>     **Defendants.** ) | Case No. 4-12-CV-108<br>(CDL) |

## ORDER

Pursuant to the Motion for Dismissal filed by the United States, Relator, and Defendants Columbus Regional Healthcare System, Inc. ("CRHS"), The Medical Center, Inc. ("TMC"), including TMC d/b/a John B. Amos Cancer Center ("JBACC"), Columbus Radiation Oncology Treatment Center, LLC ("CROTC"),  and Regional Oncology, LLC ("Regional Oncology") (hereinafter "Defendants"), and the United States having represented that such dismissal is in the best interests of the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. all claims in this action against defendants under the False Claims Act, 31 U.S.C. §§ 3729-3733, are dismissed with prejudice and this order of dismissal is a judgment on all such claims; and

2. the Court shall retain jurisdiction over Relator's claim to a share of the proceeds of this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(d).

**IT IS SO ORDERED**,

This 4th day of September, 2015.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA